No. 41818.—Protest 197997–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. The record established that certain of the items in question consist of Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim was therefore sustained as to these articles.